No. 5722.—Pueblo, apldo.v. Otero, aplte.—C. D. Bayamón. ▆
▆ Abril 17, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, acusado Julio Otero de portar un revólver, arma prohibida, fué condenado por la Corte Municipal de Vega Baja y

habiendo apelado para ante la Corte de Distrito de Bayamón, celebrado el juicio de nuevo, la Corte lo declaró culpable y le impuso treinta días de cárcel;

Por cuanto, no conforme, apeló para ante este Tribunal Supremo señalando como único error en su alegato el cometido a su juicio por la Corte de Distrito al apreciar la prueba; y

Por cuanto, la prueba practicada no se ha elevado a este Tribunal, no habiendo el acusado apelante colocado a esta Corte en condiciones de resolver si el error señalado fué o no cometido;

Por tanto, se declara no haber lugar al recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Bayamón el 10 de diciembre de 1934.